AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

NORTHERN DISTRICT OF ILLINOIS
Eastern Division

IN RE MEXICO MONEY TRANSFER LITIGATION
(WESTERN UNION AND ORLANDI VALUTA)
IN RE MEXICO MONEY TRANSFER LITIGATION
(MONEYGRAM)

V.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 98 C 2407
98 C 2408

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment approving the settlements ends the litigation of all claims alleged in these cases. There is no cognizable relationship between entry of judgment as a result of the final approval of these settlements and the matters as to which the court has retained jurisdiction.

This is final and appealable; any perceived need for appellate review is not rendered moot by further developments over which the court has retained jurisdiction.

December 21, 2000
*Date*

Michael W. Dobbins
*Clerk*

Ena T. Ventura
*(By) Deputy Clerk*

U.S. GOVERNMENT PRINTING OFFICE: 1985—806-002